UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DOUGLAS M. MILLIGAN

                                    Plaintiff(s),

                                                        ***MEDIATION***
                                                        ***CERTIFICATION***

                                                        ___20___ - cv - __1246__

                        v.

TIMOTHY B. HOWARD, et al.,


                                    Defendant(s).

_____


    I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____12/1/20_____.

   ☑ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial
      pursuant to the Court's scheduling order.


*Date:* _12/01/2020_____              *Mediator: /S/* __Michael Menard_____


*Additional Comments:*
_____
_____
_____