UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS M. MILLIGAN,

                    Plaintiff,      **STIPULATION OF DISCONTINUANCE AND OF VOLUNTARY DISMISSAL**

vs.                                           Case #: 1-20-cv-01246-WMS

TIMOTHY B. HOWARD, Individually and
as ERIE COUNTY SHERIFF; THOMAS
DIINA, as SUPERINTENDENT OF THE
JAIL MANAGEMENT DIVISION; COUNTY
OF ERIE; and JOHN DOES 1-10, the said
names being fictitious but intended to be the
individuals/officers involved in the within
incident,

                    Defendants.

---

      **IT IS HEREBY STIPULATED AND AGREED**, by, between, and among the undersigned attorneys for all of the parties, none of whom is a minor or an incompetent, that the above entitled action, having been fully and finally settled and compromised, be and the same hereby is discontinued and voluntarily dismissed, with prejudice, as provided for by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED**, by, between, and among the undersigned attorneys for all of the parties, none of whom is a minor or an incompetent, that this Stipulation, once fully executed, may be filed with the Clerk of the Court without further notice.

**Dated**:    Buffalo, New York
              December 15, 2020

1

s/ James E. Morris
**JAMES E. MORRIS, ESQ.**
Attorney for Plaintiff, DOUGLAS M. MILLIGAN
Office & P. O. Address:
70 Niagara Street, Suite 404
Buffalo, New York 14202

**MICHAEL A. SIRAGUSA, ESQ.**
Erie County Attorney
Attorney for Defendants

By: s/Kenneth R. Kirby
KENNETH R. KIRBY, ESQ.
Office & P. O. Address:
Erie County Department of Law
95 Franklin Street, Room 1634
Buffalo, New York 14202

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021 I electronically filed the within with the clerk of District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participant(s) at the following (email) address:

James E. Morris, Esq.
**LAW OFFICES OF JAMES MORRIS**
Attorney for Plaintiff, Douglas M. Milligan
70 Niagara Street, Suite 404
Buffalo, New York 14202
Tel: (716)855-1118
Email: jmorris@jamesmorrislaw.com

**Dated**: Buffalo, New York
January 8, 2021

**MICHAEL A. SIRAGUSA, ESQ**.
Erie County Attorney, Attorney for the Defendants, TIMOTHY B. HOWARD, Individually and as ERIE COUNTY SHERIFF; THOMAS DIINA, as SUPERINTENDENT OF THE JAIL MANAGEMENT DIVISION; COUNTY OF ERIE; and JOHN DOES 1-10, the said names being fictitious but intended to be the individuals/officers involved in the within incident,

By:s/Kenneth R. Kirby
Kenneth R. Kirby, Esq.
Assistant County Attorney, of Counsel
95 Franklin Street, Suite 1634
Buffalo, New York 14202
Tel: (716) 858-2226
Email: Kenneth.kirby@erie.gov